NO. 07-11-0346-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL C

NOVEMBER 27, 2012
_____

ERIC GARZA,

Appellant

V.

THE STATE OF TEXAS,

Appellee
_____

FROM THE 140TH DISTRICT COURT OF LUBBOCK COUNTY;

NO. 2009-424174; HON. JIM BOB DARNELL, PRESIDING
_____

*Memorandum Opinion*
_____

Before QUINN, C.J., and HANCOCK and PIRTLE, JJ.

Appellant, Eric Garza, appeals his conviction for aggravated sexual assault of a child. Through a single issue, he contends that the trial court erred by requiring him to pay $354.20 in attorney's fees. The State agrees and requests that we delete the award of attorney's fees in the amount of $354.20.

Based on appellant's brief and the State's response, we consider and sustain the sole issue presented, modify the trial court's judgment by deleting from it the

assessment of prior court-appointed attorney's fees in the amount of $354.20 against appellant, and affirm the trial court's judgment of conviction as modified.

Brian Quinn
Chief Justice

Do not publish.